UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 21-07580 |
| David Wyman III | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AS TO A 2016 KAWASAKI VOYAGER

This cause coming on to be heard upon the motion for relief from the automatic stay brought by Consumers Credit Union, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

A. That the automatic stay is modified to permit the Credit Union to exercise its state law remedies against its collateral, 2016 Kawasaki Voyager VIN JKBVNRB10GA012211.

B. That the 14 (fourteen) day waiting period required by Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable to this case.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: July 22, 2021

**Prepared by:**

Trunkett & Trunkett, P.C.
20 N. Wacker Drive
Suite 1434
Chicago, IL 60606
312.324.3101
Kerry Trunkett: 6188221
Caroline Hasten: 6316656
chasten@trunkettlawpc.com