UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  DAVID WYMAN III                    )     Case No. 21 B 07580
                                        )
                                        )     Chapter 13
   Debtor(s)                            )
                                        )     Judge: DONALD R CASSLING

### NOTICE OF MOTION & CERTIFICATE OF SERVICE

DAVID WYMAN III                         CLM LAW GROUP PC
17926 RIDGEWOOD AVE                     via Clerk's ECF noticing procedures
LANSING, IL 60438

Please take notice that on August 05, 2021 at 10:00 am., I will appear before the Honorable Judge DONALD R CASSLING or any judge sitting in the judge's place and present the motion set forth below.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

   **To appear by video**, use this link: https://www.zoomgov.com.  Then enter the meeting ID and password.
   **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
   **Meeting ID and password**. The meeting ID for this hearing is 161 414 7941 and the password is 619. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on July 27, 2021.

                                            /s/ M.O. Marshall
                                            _____
                                            M.O. Marshall, Trustee

Chapter 13 Trustee
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

RE:  DAVID WYMAN III          )          Case No. 21 B 07580
                              )
                              )          Chapter 13
                              )
      Debtor(s)               )
                              )          Judge: DONALD R CASSLING

**MOTION TO DISMISS FOR UNREASONABLE DELAY**

Now comes M.O. Marshall, Trustee, and requests that this case be dismissed pursuant to 11 U.S.C. §1307(c)(1), and in support thereof respectfully states the following:

1. On June 18, 2021 the debtor(s) filed a petition and plan under Chapter 13 of Title 11 U.S.C.

2. A plan has not been confirmed in this case.

3. The debtor(s) has caused unreasonable delay that is prejudicial to creditors by failing to:

    Amend CMI as the Debtor's girlfriend and her child are not Debtor's dependents.  Amend schedule I to show girlfriend's contribution to the household.

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this Court deems just and proper.

/s/ M.O. Marshall
M.O. Marshall, Trustee

Chapter 13 Trustee
55 East Monroe, Suite 3850
Chicago, IL 60603
(312) 294-5900