UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )  BK No.: 21-07580
David Wyman, III  )
  )  Chapter: 13
  )  Honorable Donald R. Cassling
  )
  )
Debtor(s)  )

**Order Confirming Plan**

  The plan under Chapter 13 of the Bankruptcy code, filed as docket No. 31, having been found by the Court to comply with the provisions of the 11 U.S.C. section 1325, THE PLAN IS HEREBY CONFIRMED.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: November 04, 2021

United States Bankruptcy Court

Northern District of Illinois

In re:  
David Wyman, III  
    Debtor

Case No. 21-07580-DRC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: admin     Page 1 of 3  
Date Rcvd: Nov 05, 2021     Form ID: pdf003     Total Noticed: 33

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David Wyman, III, 17926 Ridgewood Ave., Lansing, IL 60438-2252 |
| 29404185 | + | Consumers Credit Union, Attn: Bankruptcy, 1075 Tri-State Parkway, #850, Gurnee, IL 60031-9182 |
| 29404188 | + | Dyck Oneal, 15301 Spectrum, Addison, TX 75001-6436 |
| 29404189 | | Gary D. Popovits, 600 East Front Street, Suite 102, PO Box 5817, Traverse City, MI 49696-5817 |
| 29404191 | + | Joanne Wyman, 509 N. 2nd Street, Ishpeming, MI 49849-1550 |
| 29404192 | + | Kevin W. Mortell, 1821 Walden Office Square, Suite 400, Schaumburg, IL 60173-4273 |
| 29435365 | + | MBANK, Midwest Loan Services, 400 Quincy Street, 6th Floor, Hancock, MI 49930-1839 |
| 29404195 | + | Midwest Loan Services, 400 Quincy Street, 6th Floor, Hancock, MI 49930-1839 |
| 29404196 | + | Numinen, DeForge & Toutant, PC, 105 Meeske Ave, Marquette, MI 49855-3101 |
| 29463793 | + | Sarasin & Associates, Inc, 115 S. 1st Street, P O Box 200, Ishpeming MI 49849-0200 |
| 29463794 | + | States of Michigan, Collection Services Bureau, P O Box 30149, Lansing, MI 48909-7649 |
| 29404199 | + | Trunorth Fcu, 1419 N 2nd St, Ishpeming, MI 49849-1149 |
| 29413039 | + | Wells Fargo Bank, N.A., Small Business Lending Division, P.O. Box 29482 MAC S4101-08C, Phoenix, AZ 85038-9482 |
| 29404193 | + | mBank, 130 S. Cedar Street, Manistique, MI 49854-1438 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29407082 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2021 21:55:59 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29440392 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2021 21:56:08 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 29404181 | + | Email/Text: ally@ebn.phinsolutions.com | Nov 05 2021 21:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 29404182 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2021 21:55:58 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 29431247 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 05 2021 21:56:10 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 29404184 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 21:56:02 | Citi/Sears, Citibank/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 29404186 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Nov 05 2021 21:49:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 29404187 | + | Email/Text: mrdiscen@discover.com | Nov 05 2021 21:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 29463791 | | Email/Text: rev.bankruptcy@illinois.gov | Nov 05 2021 21:48:00 | Illinois Dept of Revenue, P O Box 19035, Springfield, IL 62794-9035 |
| 29404190 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 05 2021 21:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

| | | | | |
|---|---|---|---|---|
| 29404183 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 05 2021 21:55:58 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 29409373 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 21:56:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29453150 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 21:56:00 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29404194 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 05 2021 21:48:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 29409983 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 21:56:01 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 29448518 | | Email/Text: bnc-quantum@quantum3group.com | Nov 05 2021 21:48:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 29404197 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 21:56:05 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 29406025 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 21:56:08 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 29404198 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 21:56:08 | Synchrony Bank, 170 West Election Road, Suite 125, Draper, UT 84020-6425 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Caroline Hasten | on behalf of Creditor Consumers Credit Union chasten@trunkettlawpc.com mkeenan@trunkettlawpc.com,kerry@trunkettlawpc.com,dlipschutz@trunkettlawpc.com,gkarpel@trunkettlawpc.com |
| Charles L. Magerski | on behalf of Debtor 1 David Wyman III cmagerski@aol.com, charles@clmlawgroup.com;magerskicr85454@notify.bestcase.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |

District/off: 0752-1 | User: admin | Page 3 of 3
Date Rcvd: Nov 05, 2021 | Form ID: pdf003 | Total Noticed: 33

Richard B Aronow
    on behalf of Creditor mBank LOGSECF@logs.com raronow@logs.com

Susan Jill Rice
    on behalf of Creditor mBank jrice@nmichlaw.com arice@nmichlaw.com

Thomas H. Hooper
    thomas.h.hooper@55chapter13.com

TOTAL: 6